[No. 55853-6-I.   Division One.   July 3, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. HARJINDER SINGH GANDHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-01360-0, Ira Uhrig, J., entered February 15, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56061-1-I.   Division One.   July 3, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAUDE KIRVIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-00914-2, Deborah D. Fleck, J., entered April 14, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56092-1-I.   Division One.   July 3, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACEY RENEE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-01696-1, Michael T. Downes, J., entered April 19, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56093-0-I.   Division One.   July 3, 2006.]

SEA CON, L.L.C., *Appellant*, v. KEVIN P. HANCHETT ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 03-2-39454-8, Michael Hayden, J., entered March 15 and April 14, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker and Becker, JJ.